IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ELIZABETH LEZAMA,**
     **Plaintiff,**

vs.

**KILOLO KIJAKAZI,**          Civil No. 2:21-cv-00381-SMV
  **Acting Commissioner of Social Security,**
     **Defendant.**

## ORDER GRANTING DEFENDANT'S MOTION TO REVERSE AND REMAND PURSUANT TO SENTENCE FOUR

Defendant, the Acting Commissioner of Social Security (Commissioner), has filed an unopposed motion with this Court (ECF No. 28), pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings.  Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** to the Commissioner for further administrative proceedings.[1]  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

Done this 16th day of May 2022.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted 5/16/22*
SARAH VAN ARSDALE BERRY
Special Assistant United States Attorney

*Electronically approved 5/16/22*
AMBER L. DENGLER
Attorney for Plaintiff